UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
) CASE NO.   19-06102-RLM-13
Jason Bradley Elliott )
)
Heather Marie Elliott )
)

DEBTOR(S)

## CERTIFICATE OF SERVICE

    I hereby certify that on September 23, 2019, a copy of the foregoing Notice and Plan as issued electronically. Notice of this filing will be sent to the parties on the attached list through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

                              John M. Hauber

                              Jennifer F. Asbury, via e-mail address

                              U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

    I further certify that on September 23, 2019, a copy of the foregoing Notice and Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

                              /s/John M. Hauber, Trustee
                              John M. Hauber Trustee
                              320 N. Meridian St., Suite 200
                              Indianapolis IN  46204

JOHN T STEINKAMP AND ASSOCIATES
5214 S East Street #D1
Indianapolis, IN 46227

Jason Bradley Elliott
Heather Marie Elliott
822 Boulder Road
Indianapolis, IN 46217

Ditech Financial LLC
c/o Doyle & Foutty, P.C.
41 E. Washington St., Suite 400
Indianapolis, IN 46204

Americredit Financial Services, Inc.
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

Comenity Bank/Victoria Secret
PO Box 182789
Columbus, OH 43218

Craig Kimberlin
234 E. Stop 13 Road
Indianapolis, IN 46217

Ditech Financial LLC
Attn: Bankruptcy
PO Box 6172
Rapid City, SD 57709

Equifax
PO Box 740241
Atlanta, GA 30374

ExperiGreen
2801 Fortune Cir Dr E Suite L
Indianapolis, IN 46241

Experian
PO box 2002
Allen, TX 75013

GM Financial
PO Box 181145
Arlington, TX 76096

Home Point Financial
4849 Greenville Avenue
Dallas, TX 75206

Indiana Department of Revenue
IN Government Center North
100 N. Senate, Rm N-240
Indianapolis, IN 46204

Internal Revenue Service
Attn: Bankruptcy Dept
PO Box 7346
Philadelphia, PA 19101-7346

John Steinkamp and Associates
5214 S. East Street
Suite D1
Indianapolis, IN 46227

Marion Superior Court
200 East Washington St.
#W122
Indianapolis, IN 46204

Meridian Woods HOA
6760 Yellowstone Parkwa
Indianapolis, IN 46217

Nordstrom TD Bank
13531 E. Caley Avenue
Englewood, CO 80111

Podiatry Assoc. of Indiana
5471 Georgetown Rd.
Indianapolis, IN 46254

Sottile & Barile
11351 Pearl Rd
Suite 300
Strongsville, OH 44136

Synchrony Bank/Lowes
PO Box 956005
Orlando, FL 32896

Transunion
PO Box 1000
Crum Lynne, PA 19022

U.S. Trustee
Office of U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204

Heather Marie Elliott
822 Boulder Road
Indianapolis, IN 46217

Jason Bradley Elliott
822 Boulder Road
Indianapolis, IN 46217

Jennifer Fujawa Asbury
John Steinkamp and Associates P.C.
5214 S. East Street
Suite D1
Indianapolis, IN 46227

John Morgan Hauber
Office of John M. Hauber, Chapter 13 Tru
320 N. Meridian St., Ste. 200
Indianapolis, IN 46204