**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-06102-RLM-13 |
| Jason Bradley Elliott<br>  *aka* Elliott Home Daycare LLC<br>Heather Marie Elliott<br>  *fka* Heather Marie Hudson<br>  *aka* Elliott Home Daycare LLC | Chapter 13 |
| Debtors. | Judge Robyn L. Moberly |

**NOTICE OF APPEARANCE**

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

                                                            Respectfully Submitted,

                                                            /s/ Molly Slutsky Simons
                                                           Molly Slutsky Simons (OH 0083702)
                                                           Sottile & Barile, Attorneys at Law
                                                           394 Wards Corner Road, Suite 180
                                                           Loveland, OH 45140
                                                           Phone: 513.444.4100
                                                           Email: bankruptcy@sottileandbarile.com
                                                           Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on October 1, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Jennifer Fujawa Asbury, Debtors' Counsel
    ecf@johnsteinkampandassociates.com

    John Morgan Hauber, Trustee
    ecfmail@hauber13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on October 1, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jason Bradley Elliott, Debtor
    822 Boulder Road
    Indianapolis, IN 46217

    Heather Marie Elliott, Debtor
    822 Boulder Road
    Indianapolis, IN 46217

                                        /s/ Molly Slutsky Simons
                                        Molly Slutsky Simons (OH 0083702)
                                        Attorney for Creditor